# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RADIM KUREK | § | Case No. 13-41002 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 10/20/2013 . The case was converted to one under Chapter 7 on 03/25/2016 . The undersigned trustee was appointed on 03/28/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    250,700.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 23,492.86 |
| Bank service fees | 0.00 |
| Other payments to creditors | 108,011.41 |
| Non-estate funds paid to 3rd Parties | 59,590.22 |
| Exemptions paid to the debtor | 13,875.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 45,730.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/02/2016 and the deadline for filing governmental claims was 08/02/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,114.77 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 10,000.00 , for a total compensation of $ 10,000.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/04/2016            By: /s/BRENDA PORTER HELMS, TRUSTEE
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-41002 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | RADIM KUREK | | | | Date Filed (f) or Converted (c): | 03/25/2016 (c) |
| | | | | | 341(a) Meeting Date: | 04/26/2016 |
| For Period Ending: | 10/04/2016 | | | | Claims Bar Date: | 08/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AUTOMOBILE - NOT IN DEBTOR'S NAME BUT USES A 1998 TOYOTARAV | 0.00 | 0.00 | | 0.00 | FA |
| 2. MISCELLANEOUS USED HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS, PICTURES, AND CD'S | 95.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS COSTUME JEWELRY | 145.00 | 0.00 | | 0.00 | FA |
| 6. 1 DOG | 50.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING WITH SUBURBAN BANK & TRUST | 300.00 | 0.00 | | 0.00 | FA |
| 8. DEBTOR OWNS DX LTD. BUSINESS IS ENGAGED IN CONSTRUCTION CONS | 0.00 | 0.00 | | 0.00 | FA |
| 9. DEBTOR EXPECTS TO OWE FOR THE 2015 TAX PERIOD. | 0.00 | 0.00 | | 0.00 | FA |
| 10. WHOLE LIFE INSURANCE POLICY THROUGH STATE FARM. PRESENT CASH | 0.00 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE INSURANCE POLICY WITH SBLIINSURANCE COMPANY OF MAS | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1 DRAFTING 3-D SOFTWARE $500.00 1 DESK $100.00 1 CHAIR $50.0 | 950.00 | 0.00 | | 0.00 | FA |
| 13. real property at 434 South Yale Avenue, Addison IL | 175,768.00 | 27,205.00 | | 250,700.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $178,608.00 | $27,205.00 | | $250,700.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Trustee objected to duplicate claims filed by PNC Bank. TFR to be submitted to UST on or before 10/5/16

Initial Projected Date of Final Report (TFR): 11/30/2016     Current Projected Date of Final Report (TFR): 11/30/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-41002 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RADIM KUREK | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3839 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3997 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/04/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/16 | | Stepan Zaruba (Chicago Title) | Net proceeds from sale of 434 S. Yale, Addison | | $45,669.81 | | $45,669.81 |
| | | | Gross Receipts            $250,700.00 | | | | |
| | | Chicago Title & Trust | Misc. title and escrow charges   ($218.00) | 2500-000 | | | |
| | | Katarina's Maids | Clean up costs                   ($500.00) | 2500-000 | | | |
| | | McTigue & Assoc. | Survey Fee                       ($475.00) | 2500-000 | | | |
| | | Law Office Kristina J. Wayne | Attorney's Fee                 ($2,204.60) | 3210-000 | | | |
| | | Suburban Home Realty | Realtor Commission            ($12,535.00) | 3510-000 | | | |
| | | PNC Mortgage MNA 3232 Newmark Dr Miamisburg OH 45342 | 1st Mortage payoff           ($108,072.11) | 4110-000 | | | |
| | | Radim Kurek | Debtor's exemption            ($13,875.00) | 8100-002 | | | |
| | | Vakda Kurek | Co-owner's interest of net proceeds   ($59,590.22) | 8500-002 | | | |
| | | Chicago Title & Trust | Transfer taxes                   ($376.50) | 2500-000 | | | |
| | | Chicago Title & Trust | Title insurance policy         ($1,720.00) | 2500-000 | | | |
| | | Dupage County Collector | 2015 real estate taxes         ($2,526.30) | 2820-000 | | | |
| | | Dupage County Collector | 2016 real estate taxes         ($2,937.46) | 2820-000 | | | |
| | 13 | | real property at 434 South Yale Avenue, Addison IL   $250,700.00 | 1110-000 | | | |
| 08/19/16 | | PNC Mortgage | refund of overpayment of mortgage | 4110-000 | | ($60.70) | $45,730.51 |

| | | COLUMN TOTALS | | | $45,669.81 | ($60.70) | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals:   $45,669.81   ($60.70)

Exhibit B

|  | Amount | Amount |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $45,669.81 | ($60.70) |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $45,669.81 | ($60.70) |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*       Page Subtotals:       $0.00       $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3839 - Checking | $45,669.81 | ($60.70) | $45,730.51 |
|  | $45,669.81 | ($60.70) | $45,730.51 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $205,030.19 |
|---|---|
| Total Net Deposits: | $45,669.81 |
| Total Gross Receipts: | $250,700.00 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 13-41002  
Debtor Name: RADIM KUREK  
Claims Bar Date: 8/2/2016  

Date: October 4, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | BRENDA PORTER HELMS<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | Administrative | | $0.00 | $10,000.00 | $10,000.00 |
| 100 3110 | P. C. The Helms Law Firm | Administrative | | $0.00 | $2,000.00 | $2,000.00 |
| 3 400 4110 | PNC Mortgage MNA<br>3232 Newmark Dr<br>Miamisburg OH 45342 | Secured | Paid at closing | $0.00 | $133,529.68 | $108,072.11 |
| 1 300 7100 | PNC BANK<br>P.o. Box 94982<br>Cleveland, OH 44101 | Unsecured | | $0.00 | $12,498.81 | $12,498.81 |
| 2 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $4,572.42 | $4,572.42 |
| 4 300 7100 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines IA 50328 | Unsecured | | $0.00 | $8,431.48 | $8,431.48 |
| 5 300 7100 | AMERICAN EXPRESS BANK<br>c/o Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355 | Unsecured | | $0.00 | $9,488.73 | $9,488.73 |
| 6 300 7100 | Altair OH XIII, LLC<br>c/o Weinstein Pinson & Riley<br>2001 Western Ave. #400<br>Seattle WA 98121 | Unsecured | | $0.00 | $8,136.45 | $8,136.45 |
| 7 300 7100 | CAPITAL ONE<br>by American InforSource LP<br>P.O. Box 71083<br>Charlotte, NC 28272 | Unsecured | | $0.00 | $24,942.97 | $24,942.97 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-41002  
Debtor Name: RADIM KUREK  
Claims Bar Date: 8/2/2016  

Date: October 4, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 8<br>300<br>7100 | Altair OH XIII LLC<br>c/o Weinstein Pinson & Riley<br>2001 Western Ave. #400<br>Seattle WA 98121 | Unsecured | | $0.00 | $3,045.54 | $3,045.54 |
| 9<br>300<br>7100 | Altair OH XIII, LLC<br>c/o Weinstein Pinson & Riley<br>2001 Western Ave. #400<br>Seattle WA 98121 | Unsecured | | $0.00 | $3,291.60 | $3,291.60 |
| 10<br>300<br>7100 | Altair OH XIII, LLC<br>c/o Weinstein Pinson & Riley<br>2001 Western Ave. #400<br>Seattle WA 98121 | Unsecured | | $0.00 | $5,524.88 | $5,524.88 |
| 11<br>300<br>7100 | PNC BANK<br>P.o. Box 94982<br>Cleveland, OH 44101 | Unsecured | Disallowed per order 9/30/16 | $0.00 | $12,498.81 | $0.00 |
| 99<br>8100 | Radim Kurek | Administrative | | $0.00 | $13,875.00 | $13,875.00 |
| 99<br>8500 | Vakda Kurek | Administrative | | $0.00 | $59,590.22 | $59,590.22 |
| | Case Totals | | | $0.00 | $311,426.59 | $273,470.21 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2  Printed: October 4, 2016

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-41002
Case Name: RADIM KUREK
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $ 45,730.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | PNC Mortgage MNA | $ 133,529.68 | $ 108,072.11 | $ 108,072.11 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 45,730.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS | $ 10,000.00 | $ 0.00 | $ 10,000.00 |
| Attorney for Trustee Fees: P. C. The Helms Law Firm | $ 2,000.00 | $ 0.00 | $ 2,000.00 |

Total to be paid for chapter 7 administrative expenses $ 12,000.00

Remaining Balance $ 33,730.51

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,932.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 42.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC BANK | $ 12,498.81 | $ 0.00 | $ 5,274.32 |
| 2 | DISCOVER BANK | $ 4,572.42 | $ 0.00 | $ 1,929.49 |
| 4 | Wells Fargo Card Services | $ 8,431.48 | $ 0.00 | $ 3,557.96 |
| 5 | AMERICAN EXPRESS BANK | $ 9,488.73 | $ 0.00 | $ 4,004.11 |
| 6 | Altair OH XIII, LLC | $ 8,136.45 | $ 0.00 | $ 3,433.46 |
| 7 | CAPITAL ONE | $ 24,942.97 | $ 0.00 | $ 10,525.57 |
| 8 | Altair OH XIII LLC | $ 3,045.54 | $ 0.00 | $ 1,285.17 |
| 9 | Altair OH XIII, LLC | $ 3,291.60 | $ 0.00 | $ 1,389.01 |
| 10 | Altair OH XIII, LLC | $ 5,524.88 | $ 0.00 | $ 2,331.42 |
| 11 | PNC BANK | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $    33,730.51

Remaining Balance    $    0.00

      Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE