# UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RADIM KUREK | § | Case No. 13-41002 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 18,390.00 |
| Total Distributions to Claimants: 141,741.92 | Claims Discharged<br>Without Payment: 46,202.37 |
| Total Expenses of Administration: 35,492.86 | |

3) Total gross receipts of $ 250,700.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 73,465.22  (see **Exhibit 2**), yielded net receipts of $ 177,234.78  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 133,563.00 | $ 133,468.98 | $ 108,011.41 | $ 108,011.41 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 35,492.86 | 35,492.86 | 35,492.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,396.00 | 92,431.69 | 79,932.88 | 33,730.51 |
| TOTAL DISBURSEMENTS | $ 168,959.00 | $ 261,393.53 | $ 223,437.15 | $ 177,234.78 |

4) This case was originally filed under chapter 13 on 10/20/2013 , and it was converted to chapter 7 on 03/25/2016 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/09/2017          By:/s/BRENDA PORTER HELMS, TRUSTEE
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| real property at 434 South Yale Avenue, Addison IL | 1110-000 | 250,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$250,700.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Radim Kurek | Exemptions | 8100-002 | 13,875.00 |
| Vakda Kurek | Non-Estate Funds Paid to Third Parties | 8500-002 | 59,590.22 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 73,465.22** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Mortgage | 4110-000 | NA | -60.70 | -60.70 | -60.70 |
| 3 | PNC Mortgage MNA | 4110-000 | 133,563.00 | 133,529.68 | 108,072.11 | 108,072.11 |
| **TOTAL SECURED CLAIMS** | | | **$ 133,563.00** | **$ 133,468.98** | **$ 108,011.41** | **$ 108,011.41** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THE HELMS LAW FIRM PC | 2100-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| Chicago Title & Trust | 2500-000 | NA | 2,314.50 | 2,314.50 | 2,314.50 |
| Katarina's Maids | 2500-000 | NA | 500.00 | 500.00 | 500.00 |
| McTigue & Assoc. | 2500-000 | NA | 475.00 | 475.00 | 475.00 |
| Dupage County Collector | 2820-000 | NA | 5,463.76 | 5,463.76 | 5,463.76 |
| P. C. The Helms Law Firm | 3110-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| Law Office Kristina J. Wayne | 3210-000 | NA | 2,204.60 | 2,204.60 | 2,204.60 |
| Suburban Home Realty | 3510-000 | NA | 12,535.00 | 12,535.00 | 12,535.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 35,492.86 | $ 35,492.86 | $ 35,492.86 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Altair OH XIII LLC | 7100-000 | 2,950.00 | 3,045.54 | 3,045.54 | 1,285.17 |
| 10 | Altair OH XIII, LLC | 7100-000 | 5,524.00 | 5,524.88 | 5,524.88 | 2,331.42 |
| 6 | Altair OH XIII, LLC | 7100-000 | 8,136.00 | 8,136.45 | 8,136.45 | 3,433.46 |
| 9 | Altair OH XIII, LLC | 7100-000 | 3,291.00 | 3,291.60 | 3,291.60 | 1,389.01 |
| 5 | AMERICAN EXPRESS BANK | 7100-000 | 0.00 | 9,488.73 | 9,488.73 | 4,004.11 |
| 7 | CAPITAL ONE | 7100-000 | 2,492.00 | 24,942.97 | 24,942.97 | 10,525.57 |
| 1 | PNC BANK | 7100-000 | NA | 12,498.81 | 12,498.81 | 5,274.32 |
| 11 | PNC BANK | 7100-000 | NA | 12,498.81 | 0.00 | 0.00 |
| 4 | Wells Fargo Card Services | 7100-000 | 8,431.00 | 8,431.48 | 8,431.48 | 3,557.96 |
| 2 | DISCOVER BANK | 7100-900 | 4,572.00 | 4,572.42 | 4,572.42 | 1,929.49 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 35,396.00 | $ 92,431.69 | $ 79,932.88 | $ 33,730.51 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-41002 | DRC | Judge: | Donald R Cassling | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | RADIM KUREK | | | | Date Filed (f) or Converted (c): | 03/25/2016 (c) |
| | | | | | 341(a) Meeting Date: | 04/26/2016 |
| For Period Ending: | 03/09/2017 | | | | Claims Bar Date: | 08/02/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. AUTOMOBILE - NOT IN DEBTOR'S NAME BUT USES A 1998 TOYOTARAV | 0.00 | 0.00 | | 0.00 | FA |
| 2. MISCELLANEOUS USED HOUSEHOLD GOODS AND FURNISHINGS | 500.00 | 0.00 | | 0.00 | FA |
| 3. BOOKS, PICTURES, AND CD'S | 95.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL | 800.00 | 0.00 | | 0.00 | FA |
| 5. MISCELLANEOUS COSTUME JEWELRY | 145.00 | 0.00 | | 0.00 | FA |
| 6. 1 DOG | 50.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING WITH SUBURBAN BANK & TRUST | 300.00 | 0.00 | | 0.00 | FA |
| 8. DEBTOR OWNS DX LTD. BUSINESS IS ENGAGED IN CONSTRUCTION CONS | 0.00 | 0.00 | | 0.00 | FA |
| 9. DEBTOR EXPECTS TO OWE FOR THE 2015 TAX PERIOD. | 0.00 | 0.00 | | 0.00 | FA |
| 10. WHOLE LIFE INSURANCE POLICY THROUGH STATE FARM. PRESENT CASH | 0.00 | 0.00 | | 0.00 | FA |
| 11. TERM LIFE INSURANCE POLICY WITH SBLIINSURANCE COMPANY OF MAS | 0.00 | 0.00 | | 0.00 | FA |
| 12. 1 DRAFTING 3-D SOFTWARE $500.00 1 DESK $100.00 1 CHAIR $50.0 | 950.00 | 0.00 | | 0.00 | FA |
| 13. real property at 434 South Yale Avenue, Addison IL | 175,768.00 | 27,205.00 | | 250,700.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $178,608.00 | $27,205.00 | | $250,700.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/16: Trustee objected to duplicate claims filed by PNC Bank. TFR to be submitted to UST on or before 10/5/16

Initial Projected Date of Final Report (TFR): 11/30/2016       Current Projected Date of Final Report (TFR): 11/30/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-41002 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: RADIM KUREK | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3839 |
| | Checking |
| Taxpayer ID No: XX-XXX3997 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/15/16 | | Stepan Zaruba (Chicago Title) | Net proceeds from sale of 434 S. Yale, Addison Per order 5/27/16 [dkt 56] | | $45,669.81 | | $45,669.81 |
| | | | Gross Receipts  $250,700.00 | | | | |
| | | Chicago Title & Trust | Misc. title and escrow charges  ($218.00) | 2500-000 | | | |
| | | Katarina's Maids | Clean up costs  ($500.00) | 2500-000 | | | |
| | | McTigue & Assoc. | Survey Fee  ($475.00) | 2500-000 | | | |
| | | Law Office Kristina J. Wayne | Attorney's Fee  ($2,204.60) | 3210-000 | | | |
| | | Suburban Home Realty | Realtor Commission  ($12,535.00) | 3510-000 | | | |
| | | PNC Mortgage MNA 3232 Newmark Dr Miamisburg OH 45342 | 1st Mortage payoff  ($108,072.11) | 4110-000 | | | |
| | | Radim Kurek | Debtor's exemption  ($13,875.00) | 8100-002 | | | |
| | | Vakda Kurek | Co-owner's interest of net proceeds  ($59,590.22) | 8500-002 | | | |
| | | Chicago Title & Trust | Transfer taxes  ($376.50) | 2500-000 | | | |
| | | Chicago Title & Trust | Title insurance policy  ($1,720.00) | 2500-000 | | | |
| | | Dupage County Collector | 2015 real estate taxes  ($2,526.30) | 2820-000 | | | |
| | | Dupage County Collector | 2016 real estate taxes  ($2,937.46) | 2820-000 | | | |
| | 13 | | real property at 434 South Yale Avenue, Addison IL  $250,700.00 | 1110-000 | | | |
| 08/19/16 | | PNC Mortgage | refund of overpayment of mortgage | 4110-000 | | ($60.70) | $45,730.51 |

Page Subtotals: $45,669.81  ($60.70)

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-41002 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | RADIM KUREK | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3839 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3997 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/16 | 101 | THE HELMS LAW FIRM PC<br>3400 W. LAWRENCE AVENUE<br>CHICAGO, IL 60625 | per court order #70 dated 11/18/16 | 2100-000 | | $10,000.00 | $35,730.51 |
| 12/01/16 | 102 | P. C. The Helms Law Firm | per court order #69 dated 11/18/16 | 3110-000 | | $2,000.00 | $33,730.51 |
| 12/01/16 | 103 | PNC BANK<br>P.o. Box 94982<br>Cleveland, OH 44101 | Final distribution to claim 1 representing a payment of 42.20 % per court order. | 7100-000 | | $5,274.32 | $28,456.19 |
| 12/01/16 | 104 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 2 representing a payment of 42.20 % per court order. | 7100-900 | | $1,929.49 | $26,526.70 |
| 12/01/16 | 105 | Wells Fargo Card Services<br>1 Home Campus<br>3rd Floor<br>Des Moines IA 50328 | Final distribution to claim 4 representing a payment of 42.20 % per court order. | 7100-000 | | $3,557.96 | $22,968.74 |
| 12/01/16 | 106 | AMERICAN EXPRESS BANK<br>c/o Becket and Lee<br>P.O. Box 3001<br>Malvern, PA 19355 | Final distribution to claim 5 representing a payment of 42.20 % per court order. | 7100-000 | | $4,004.11 | $18,964.63 |
| 12/01/16 | 107 | Altair OH XIII, LLC<br>c/o Weinstein Pinson & Riley<br>2001 Western Ave. #400<br>Seattle WA 98121 | Distribution | | | $7,153.89 | $11,810.74 |
| | | Altair OH XIII, LLC | Final distribution to claim 6 representing a payment of 42.20 % per court order. ($3,433.46) | 7100-000 | | | |
| | | Altair OH XIII, LLC | Final distribution to claim 9 representing a payment of 42.20 % per court order. ($1,389.01) | 7100-000 | | | |
| | | Altair OH XIII, LLC | Final distribution to claim 10 representing a payment of 42.20 % per court order. ($2,331.42) | 7100-000 | | | |
| 12/01/16 | 108 | CAPITAL ONE<br>by American InforSource LP<br>P.O. Box 71083<br>Charlotte, NC 28272 | Final distribution to claim 7 representing a payment of 42.20 % per court order. | 7100-000 | | $10,525.57 | $1,285.17 |

Page Subtotals: $0.00   $44,445.34

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-41002  
Case Name: RADIM KUREK  
Taxpayer ID No: XX-XXX3997  
For Period Ending: 03/09/2017  

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3839  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/01/16 | 109 | Altair OH XIII LLC<br>c/o Weinstein Pinson & Riley<br>2001 Western Ave. #400<br>Seattle WA 98121 | Final distribution to claim 8 representing a payment of 42.20 % per court order. | 7100-000 | | $1,285.17 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $45,669.81 | $45,669.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $45,669.81 | $45,669.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $45,669.81 | $45,669.81 |

Page Subtotals:  $0.00  $1,285.17

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3839 - Checking | $45,669.81 | $45,669.81 | $0.00 |
|  | $45,669.81 | $45,669.81 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $205,030.19 |
|---|---|
| Total Net Deposits: | $45,669.81 |
| Total Gross Receipts: | $250,700.00 |

Page Subtotals: $0.00 $0.00